# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**IRON WORKERS DISTRICT COUNCIL**
**OF SOUTHERN OHIO & VICINITY**
**BENEFIT TRUST,** *et al.***,**

    Plaintiffs,

**-vs-**

                   **CASE NO.    3:11-CV-458**

                   **Judge Timothy S. Black**

**HOOSIER STEEL, INC.,** *et al.***,**

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs' Motion for Default Judgment (Doc. 10) is **GRANTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  April 3, 2012                               **JAMES BONINI, CLERK**

                                                             By: *s/ M. Rogers*
                                                             Deputy Clerk